# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00472-CV

**The State of Texas for the Protection of P. B., Appellant**

**v.**

**V. T., Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. C2018-0170A, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 15, 2018. On counsel's motions, the time for filing was extended to October 15, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than November 14, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a), 42.3(b).

It is ordered on October 19, 2018.

Before Chief Justice Rose, Justices Field and Toth